## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE FACTOR VIII OR IX<br><br>CONCENTRATE BLOOD PRODUCTS<br><br>PRODUCTS LIABILITY LITIGATION | MDL No. 986 JFG<br>No. 1:93cv7452<br><br>THIS DOCUMENT RELATES TO:<br><br>GULLONE, *et al.* v. BAYER CORP., et al;<br>Case No. 03 C 8928<br><br>RAMON, *et al.* v. BAYER CORP., et al.;<br>Case No. 05 C 3333 |

### FINAL JUDGMENT ORDER

Pursuant to the Rule 54(b) Finding and Direction we have entered this date as to the Argentine resident plaintiffs in the Gullone and Ramon cases, a final judgment order is hereby entered dismissing the claims of all Argentine resident plaintiffs in those cases as listed in Exhibit A to the Order of February 4, 2008, on the ground of *forum non conveniens*.

DATED: April 10, 2008

_____
The Honorable John F. Grady